United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN C. STANLEY,<br>Plaintiff,<br>v.<br>THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | Case No. 26-cv-08718-RMI<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at California State Prison Solano. That facility is located in the Eastern District of California. The acts underlying this civil rights complaint occurred in the Eastern District; the named Defendants are located in the Eastern District; and Plaintiff is incarcerated at that prison in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: September 10, 2026



ROBERT M. ILLMAN
United States Magistrate Judge