1 of 2



(R) Knowledge Born God Allah
Hon: Darren. Cornelious. Stanley
# D09338 - A3 - 116
CSP-Solano State Prison
P.O. Box 4000
Vacaville, Ca. 95696

FILED

OCT 09 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY CLERK

(R) Knowledge Born God Allah.
Hon: Darren. Cornelious. Stanley (Plaintiff)

v.

Department of Corrections E.T. Al. (Defendant)

Case No. 2:26-cv-03420-EFB (PC)
(Motion for Injunction Preventing "Retaliation")

Please take note that I, (R) Knowledge Born God Allah, Honorable: Darren. Cornelious. Stanley, Hereby Seek and a Prohibital Injunction, Prohibiting "CDCR" California Department of Corrections and Rehabilitation, it's Staffing", Clergy and the Above Named defendants from Delaying, Denieing, / Hindering, Mis-pronouncing "Our God Centered Cultural Name, 5% Nation of Gods and Earths!,

(2.) Not Provideing Supervision So That We Can Activily Congragate,

(3.) Eliminate Mister Card to Receive "Good time Credits"

(4) Prohibiting The Denial of Our Constitutional Rights to Congragation in The Chapel, with The AVSS (Audio, Video Security System)

Activity in Process, SGTS, LTS, Captains office (Program office) is inside The Chapel with one open door Seperating Staff, and Participants in chapel.

(4.) Prohibit CDCR & Staff, Clergy from Denying access to Federal and State Religious Budget.

(5.) Prohibit CDCR from Allowing Our Nation to Congregate, finance Our Honor days, on Those exact days without Hinderence and Being denied!

Thank You.
Respectfully.
I. GOD

Knowledge Born God Allah
Hon. Andrew Cornelious Stanley

I declare under penalty of Perjury that The Foregoing is True and Correct.

Honorably

Knowledge Born God Allah
Hon. Andrew Cornelious Stanley

10-6-2026