Name: Darren C. Stanley
I.D. #: AOX488
Address Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Darren C. Stanley

v. **Case Number:** 2:26-CV-03420-EFB (PC)

Department of Corrections, et al.

______________________________ /

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT (print name)** Darren C. Stanley

hereby submits a notice of change of address in the above entitled case as follows:

**OLD ADDRESS:** Darren C. Stanley, D-09338
California State Prison–Solano, PO Box 4000, Vacaville, CA 95696

**NEW ADDRESS:** Darren C. Stanley, AOX488
Santa Rita Jail, 5325 Broder Boulevard, Dublin, CA 94568

DATE: 10/23/26

Signature of Plaintiff/Petitioner

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN EACH OF YOUR OPEN CASES**

LINOWITZ LAW
CIVIL RIGHTS · CRIMINAL DEFENSE · SOCIAL JUSTICE

October 23, 2026

Clerk of the Court
United States District Court
Eastern District of California
501 I Street, #4-200
Sacramento, California 95814

**Re: Plaintiff Darren C. Stanley's Notice of Change of Address**
**Case No. 2:26-cv-03420-EFB (PC)**

Dear Clerk:

Enclosed please find a Notice of Change of Address form on behalf of the plaintiff in the above-referenced matter, who is proceeding pro se.

Although my office represents him in an unrelated matter, I am not counsel of record in this action. I am submitting the enclosed form as a courtesy because Mr. Stanley was recently transferred from California State Prison-Solano to Santa Rita Jail in Alameda County and does not yet have access to postage, envelopes, or other mailing supplies necessary to submit the form himself.

Please update his mailing address accordingly. All future correspondence in this matter should be directed to him at his updated address, as reflected on the enclosed form.

Thank you for your assistance.

Sincerely,

Zachary Linowitz

Enclosure: Notice of Change of Address

cc: Darren C. Stanley (with enclosure)